**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wendell Edward BETANCOURT, a/k/a
Shawn Nelson, a/k/a Fire,
Defendant–Appellant.**

No. 13–6501.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 1, 2013.

Decided: July 9, 2013.

Wendell Edward Betancourt, Appellant pro se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell Edward Betancourt appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Betancourt,* No. 3:01–cr–00025–JPB–JES–5 (N.D.W.Va. Mar. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*